## LEVY v. LEVY et al.

### No. 8379.

United States Court of Appeals for the District of Columbia.

Argued April 6, 1943.

Decided May 10, 1943.

Mr. Jacob N. Halper, of Washington, D. C., with whom Mr. Jack Politz, of Washington, D. C., was on the brief, for appellant.

Messrs. Israel J. Mendelson, Joseph T. Sherier, and J. Allen Sherier, all of Washington, D. C., for appellees.

Before EDGERTON and ARNOLD, Associate Justices, and EICHER, Chief Justice of the District Court of the United States for the District of Columbia.

PER CURIAM.

Federal Rules of Civil Procedure, rule 73(b), 28 U.S.C.A. following section 723c, requires that a notice of appeal "designate the judgment or part thereof appealed from." Appellants wholly failed to comply with this requirement. In some cases this would be a formal and not necessarily fatal defect.[1] But in this case orders of various sorts were entered at various times, and the defect makes it impossible to decide either whether the appeal is timely or whether it is from an appealable order. Since the appeal, in any view, is without merit, it would be gratuitous to make assumptions in order to find that it is properly before us.

Appeal dismissed.

[1] Cf. Shannon v. Retail Clerks International Protective Ass'n, 7 Cir., 128 F. 2d 553; Rosenberg v. Union Trust Co. of Rochester, 259 N.Y. 123, 181 N.E. 71.